UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

DOINA CARAGATA,

                    Plaintiff,               25-cv-9927 (JGK)

       - against -             ORDER

MARK OPCO LP, ET AL.,

                   Defendants.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by May 19, 2026.

SO ORDERED.

Dated:    New York, New York
          May 5, 2026

                                       _____
                                   John G. Koeltl
                         United States District Judge